UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
ANDREAS BATISTA,

               Plaintiff,            **ECF CASE**

    v.

ANDREA QUARANTILLO, et al.        07 Civ. 7439 (DC)

              Defendants.        <u>NOTICE OF APPEARANCE</u>
-------------------------------------------------------- x

TO:    Clerk of Court
       United States District Court
       Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       September 7, 2007

                    Respectfully submitted,

                    MICHAEL J. GARCIA
                    United States Attorney for the
                    Southern District of New York

       By:    /s/ _____
                    PIERRE G. ARMAND
                    Assistant United States Attorney
                    86 Chambers Street, 3rd Floor
                    New York, New York 10007
                    Telephone: (212) 637-2724
                    Facsimile: (212) 637-2750
                    Email: pierre.armand@usdoj.gov

TO:    Thomas E. Moseley, Esq.
       One Gateway Center, Suite 2600
       Newark, NJ 07102