

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

October 22, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

**BY FACSIMILE**
The Honorable Denny Chin
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312
Fax No.: (212) 805-7906

Re:   **Batista v. Quarantillo, et al., 07 Civ. 7439 (DC)**

Dear Judge Chin:

I write on behalf of defendants Andrea Quarantillo, District Director, New York District Office, U.S. Citizenship & Immigration Services ("CIS"), and CIS (collectively the "Government"), respectfully to request a thirty-day extension of the deadline for the Government to respond to the complaint in the above-referenced action, from October 22, 2007, to November 21, 2007. The agency file has not yet been delivered to this Office. The Government, therefore, respectfully requests the additional time to obtain and review the file so that we will be in a position to respond to the allegations in the complaint. This is the Government's first request for an extension, and plaintiff's counsel consents to this request.

Thank you for considering this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel.: (212) 637-2724
Fax : (212) 637-2730

*Approved.*
*So ORDERED.*

USDJ
10/22/07

cc:   **VIA FACSIMILE**
Thomas E. Moseley, Esq.
Fax No.: (973) 645-9493