

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

November 14, 2007

**BY FACSIMILE**
The Honorable Denny Chin
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312
Fax No.: (212) 805-7906

    Re:    **Batista v. Quarantillo, et al., 07 Civ. 7439 (DC)**

Dear Judge Chin:

    I write on behalf of defendants Andrea Quarantillo, District Director, New York District Office, U.S. Citizenship & Immigration Services ("CIS"), and CIS (collectively the "Government"), in the above referenced action concerning the allegedly delayed adjudication of plaintiff's pending application for naturalization. The Government respectfully requests a thirty-day extension of the deadline to respond to the complaint, from November 21, 2007, to December 20, 2007. The Government is requesting this extension because the Government expects to issue a decision concerning plaintiff's naturalization application in the upcoming weeks that should resolve this matter. This is the Government's second request for an extension, and plaintiff's counsel consents to this request.

    Thank you for considering this request.

**APPLICATION GRANTED.
SO ORDERED**

Denny Chin, U.S.D.J.
11/14/07

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel.: (212) 637-2724
Fax: (212) 637-2730

cc:    VIA FACSIMILE
    Thomas E. Moseley, Esq.
    Fax No.: (973) 645-9493