

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

December 18, 2007

**BY FACSIMILE**
The Honorable Denny Chin
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312
Fax No.: (212) 805-7906

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07
```

Re:   Batista v. Quarantillo, et al., 07 Civ. 7439 (DC)

Dear Judge Chin:

I write respectfully on behalf of the Government, and with the concurrence of plaintiff's counsel, in the above-referenced action concerning plaintiff's pending application for naturalization to request a 60-day extension of the deadline for the Government to respond to the complaint -- from December 20, 2007, to February 18, 2008. This extension is necessary to permit plaintiff additional time to obtain and provide certain necessary information to the Government concerning his naturalization application, and to provide the Government time to review and process the information and then issue a decision on the application that should resolve this matter. This is the third request for an extension the deadline for the Government to respond to the complaint.

Thank you for considering this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel.: (212) 637-2724
Fax : (212) 637-2730

*Approved.*
*So ORDERED.*
*[signature]*
*wfDJ 12/18/07*

cc:  VIA FACSIMILE
Thomas E. Moseley, Esq.
Fax No.: (973) 645-9493