

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

February 14, 2008

**BY FACSIMILE**
The Honorable Denny Chin
United States Courthouse
500 Pearl Street, Room 1020
New York, New York 10007-1312
Fax No.: (212) 805-7906

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/07
```

Re: <u>Batista v. Quarantillo, et al., 07 Civ. 7439 (DC)</u>

Dear Judge Chin:

I write respectfully on behalf of the Government, and with the concurrence of plaintiff's counsel, in the above-referenced action concerning plaintiff's pending application for naturalization to request a 30-day extension of the deadline for the Government to respond to the complaint – from February 18, 2008, until March 17, 2008. The agency cannot issue a decision on plaintiff's naturalization application until he provides the agency with certain necessary documentation, namely a disposition of arrest. On December 18, 2007, this Court granted an extension of the deadline to permit plaintiff time to furnish the documentation to the agency and to permit the Government time to review and process the information and issue a decision. Plaintiff, however, has not yet provided the documentation to the agency. Plaintiff's counsel has advised the agency that he expects to produce the documentation to the agency next week. Accordingly, we request this extension so that the agency may complete the administrative review process and issue a decision potentially resolving this matter. This is the fourth request for an extension of this deadline.

Thank you for considering this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
PIERRE G. ARMAND
Assistant United States Attorney
Tel.: (212) 637-2724; Fax: (212) 637-2730

Approved.
So ordered,
[signature]
MDJ
2/21/08

cc: <u>VIA FACSIMILE</u>
Thomas E. Moseley, Esq.
Fax No.: (973) 645-9493