UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

ANDREAS BATISTA,                            :

                    Plaintiff,              :

            - against -                     :

ANDREA QUARANTILLO, District                :
Director, New York District Office,
United States Citizenship &                 :
Immigration Services and UNITED
STATES CITIZENSHIP & IMMIGRATION            :
SERVICES,
                                            :
                    Defendants.
                                            :
- - - - - - - - - - - - - - - - - - -x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4/10/08
```

**ORDER**

07 Civ. 7439 (DC)

**CHIN, District Judge**

   In light of plaintiff's counsel's letter, dated April 2, 2008, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within ninety days of the date of this order, any party may apply by letter within the 90-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

   SO ORDERED.

Dated:    New York, New York
    April 10, 2008

             DENNY CHIN
             United States District Judge